## The Ohio and Mississippi Railroad Company, Appellant, v. R. A. Saxton, Appellee.

### APPEAL FROM RICHLAND.

In an action for injuries to animals, it is necessary to show that the plaintiff in the action was the owner or had possession of the property injured.

This suit was commenced before a justice of the peace, to recover the value of a mule, which it was alleged had been killed by the appellant. The case was taken by appeal to the Circuit Court of Richland county, where there was a trial by jury, and a verdict and judgment for the appellee for eighty-one dollars, the value of a mule. The defendant below brings the case to the Supreme Court by appeal. By agreement of parties, the case was heard in the Second Grand Division.

W. Homes, for Appellant.

A. Kitchell, for Appellee.

Walker, J. After a careful examination of the entire record in this case, we are unable to find any evidence which tends to prove, that appellee was the owner or had possession of the property for which suit was brought. If it was made, it was omitted in the bill of exceptions. In the absence of such proof, the verdict of the jury is manifestly against the evidence. The court below should, therefore, have granted a new trial, and for that error the judgment is reversed, and the cause remanded.

*Judgment reversed.*